**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RIVERVIEW SCHOOL DISTRICT, | : | No. 243 WAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| RIVERVIEW EDUCATION ASSOCIATION, | : | |
| PSEA/NEA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.